## ALICE THOMPSON AS EXECUTRIX, ETC. AND OTHERS v. JOHN BERG AND ANOTHER.[1]

April 13, 1922.

No. 22,948.

**Appeal dismissed.**

No appeal from order of municipal court directing judgment "to be entered accordingly"—Dismissal of appeal correct. [Reporter.]

Action in the municipal court of Crookston for restitution of certain premises. From a judgment in favor of plaintiffs, defendants appealed to the district court for Polk county when plaintiffs' motion to dismiss the appeal upon the ground of insufficient proof of service of notice of appeal was granted by Watts, J. From the order dismissing the appeal, defendants appealed. Plaintiffs' motion to dismiss the appeal on the ground that this appeal was not appealable was granted. Appeal dismissed.

*J. A. Hendricks* and *Orr, Stark & Kidder,* for appellants.
*James E. Montague* and *W. E. Rowe,* for respondents.

PER CURIAM.

The appeal in this action is from an order dismissing an appeal from the municipal court of the city of Crookston. The order appealed from orders that "judgment be entered accordingly." The practice in such cases is the same as in appeals from justice to district courts. Laws 1895, p. 589, c. 229, § 38; G. S. 1913, § 280; Santala v. Hill, 143 Minn. 289, 173 N. W. 651. An order dismissing such an appeal is not appealable. Appeal lies only from the judgment entered in district court. Graham v. Conrad, 66 Minn. 470, 69 N. W. 215. The appeal is therefore dismissed.

[1]Reported in 187 N. W. 703.